UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| W. WISTAR COMFORT, | : |
| Plaintiff, | : CIVIL NO. 3:02CV97 (DJS) |
| v. | : |
| HEALTH NET OF THE NORTHEAST, INC., and HEALTH NET OF THE NORTHEAST, INC., FORMERLY KNOWN AS PHYSICIANS HEALTH SERVICES, INC. | : |
| Defendants. | : |
| | : DECEMBER 9, 2003 |

**DEFENDANT'S RESPONSE TO**
**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Defendant Health Net of the Northeast, Inc. ("Health Net"), formerly known as Physicians Health Services, Inc., hereby responds to plaintiff's Motion to Amend Complaint dated November 18, 2003. In the proposed amended complaint, plaintiff asserts the same common law cause of action that this Court previously found to be preempted under the Employee Retirement Income Security Act, 29 U.S.C. §§ 1001 et seq. ("ERISA"). For this reason, the proposed amendment is futile and plaintiff's motion should be denied. Oneida Indian Nation v. City of Sherrill, 337 F.3d 139, 168 (2d. Cir. 2003) ("A proposed amendment to a pleading would be futile if it could not withstand a motion to dismiss pursuant to Rule 12(b)(6)").

- 2 -

Health Net recognizes, however, that the Second Circuit's recent holding in <u>Cicio v. Does</u> makes it necessary for the parties to conduct limited discovery of the circumstances surrounding the denial of plaintiff's request for an MRI before this Court can find plaintiff's claim to be preempted by ERISA.  321 F.3d 83, 105-06 (2d Cir. 2003) (dismissal of state law medical malpractice claim remanded for further proceedings to determine whether the HMO made a medical, eligibility, or mixed medical and eligibility decision in denying plaintiff's claim).  For this reason, Health Net does not oppose plaintiff's motion to amend at this time.  Consistent with <u>Cicio</u>, Health Net requests that at the status conference to be scheduled in this case, the Court set a limited discovery schedule to allow for the taking of discovery relating to Health Net's anticipated motion to dismiss the amended complaint.

                    HEALTH NET OF THE NORTHEAST, INC.

By_____
   Theodore J. Tucci (ct05249)
   ttucci@rc.com
   Michael J. Kolosky (ct22686)
   mkolosky@rc.com
   Robinson & Cole LLP
   280 Trumbull Street
   Hartford, CT 06103-3597
   Tel. No.: (860) 275-8200
   Fax No.: (860) 275-8299

- 3 -

## CERTIFICATION

      This is to certify that a copy of the foregoing was sent by facsimile and regular mail, postage prepaid, on this 9th day of December, 2003 to the following:

David Cooney, Esq.
RisCassi and Davis, P.C.
131 Oak Street
Hartford, CT 06106

                                                                                        _____
                                                                                       Michael J. Kolosky