UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| W. WISTAR COMFORT,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH NET OF THE NORTHEAST, INC.,<br>and HEALTH NET OF THE NORTHEAST,<br>INC., FORMERLY KNOWN AS<br>PHYSICIANS HEALTH SERVICES, INC.<br><br>Defendants. | CIVIL NO. 3:02CV97 (DJS)<br><br><br><br><br><br><br><br><br><br>MAY 4, 2004 |

## MOTION FOR EXTENSION OF TIME
## AND TO MODIFY THE SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and D. Conn. L. Civ. R. 16(a) and 16(d), defendant Health Net of the Northeast, Inc. ("Health Net"), formerly known as Physicians Health Services, Inc., respectfully requests that that the Court enter an order extending the deadline for the filing of the parties' joint trial memorandum and scheduling a status conference to establish discovery deadlines in this case. As grounds for this motion, Health Net states as follows:

1. By order dated September 11, 2002, this Court dismissed the complaint in this case on the ground that plaintiff's claims were preempted by the Employee Retirement and Income Security Act of 1974 ("ERISA"). 29 U.S.C. §§ 1001 et seq. On October 11, 2002, plaintiff filed an appeal with the Second Circuit.

2. By order dated August 26, 2003, the Second Circuit remanded this case for further proceedings consistent with its decision in Cicio v. Does, 321 F.3d 83, 105-06 (2d Cir.

- 2 -

2003) (dismissal of state law medical malpractice claim remanded for further proceedings to determine whether the HMO made a medical, eligibility, or mixed medical and eligibility decision in denying plaintiff's claim).

3. On September 18, 2003, this Court entered a scheduling order in this case. Pursuant to the scheduling order, the deadline for filing the joint trial memorandum is May 6, 2004 and the trial ready date is June 2004.

4. On November 18, 2003, plaintiff served the undersigned with a motion for permission to amend the complaint in this case and a proposed amended complaint.

5. On December 9, 2003, Health Net filed a response to plaintiff's motion to amend the complaint. Health Net explained that, because it anticipates filing a motion to dismiss after plaintiff files his amended complaint, the Second Circuit's recent holding in Cicio v. Does makes it necessary for the parties to conduct limited discovery of the circumstances surrounding the denial of plaintiff's request for an MRI before this Court can decide whether plaintiff's claim is preempted by ERISA. Id.

6. After December 9, 2003, the parties discovered that plaintiff's motion to amend the complaint had not been filed with the Court. To date, plaintiff has not filed the motion to amend.

7. Health Net requests that all pretrial deadlines set forth in the current scheduling order be extended to allow the parties adequate time to address the issue of ERISA preemption in light of the Second Circuit's decision in Cicio. Health Net also requests a status conference for the purpose of setting new discovery deadlines to allow for the taking of discovery relating to Health Net's anticipated motion to dismiss on the basis of ERISA preemption.

- 3 -

8.    The parties have also been engaged in settlement negotiations which may obviate the need for further proceedings.  Accordingly, the current deadlines should be modified to allow the parties additional time to attempt a negotiated resolution of this matter.

9.    The undersigned has conferred with counsel for the plaintiff, who does not object to the granting of this motion.  This is Health Net's first request to modify the scheduling order.

                                    HEALTH NET OF THE NORTHEAST, INC.

By_____
   Theodore J. Tucci (ct05249)
   ttucci@rc.com
   Michael J. Kolosky (ct22686)
   mkolosky@rc.com
   Robinson & Cole LLP
   280 Trumbull Street
   Hartford, CT 06103-3597
   Tel. No.: (860) 275-8200
   Fax No.: (860) 275-8299

- 4 -

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was hand delivered to the following on this 4th day of May, 2004:

David Cooney, Esq.
RisCassi and Davis, P.C.
131 Oak Street
Hartford, CT 06106

                                              _____
                                              Michael J. Kolosky