UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

W. WISTAR COMFORT          :
    **Plaintiff**

v.                          :   CIVIL NO.: 3:02cv97(DJS)

HEALTH NET OF THE NORTHEAST,
INC., ET AL                :
    **Defendants**

## ORDER

    Motion for Extension of Time and to Modify the Scheduling Order (Doc. #27) is hereby **GRANTED.** All discovery, including expert depositions and reports, shall be completed by **May 31, 2004.** Dispositive motions shall be filed by **June 18, 2004** and if no dispositive motions are filed, the parties shall file their joint trial memorandum by **June 30, 2004.** This case shall be trial ready, **July, 2004. No further extensions shall be granted.**

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this __5th__ day of May, 2004.

    /s/DJS
    Dominic J. Squatrito
    United States District Judge