**FILED**

2004 MAY 11  A 11: 31

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| W. WISTAR COMFORT | : |
| Plaintiff, | : |
| V. | : CIVIL ACTION NO.: |
|  | : 3:02CV97 (DJS) |
| HEALTH NET OF THE NORTHEAST, INC., and HEALTH NET OF THE NORTHEAST, INC., FORMERLY KNOWN AS PHYSICIANS HEALTH SERVICES, INC. | : |
| Defendant | : NOVEMBER 18, 2003 |

### MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a), and in accordance with the Second Circuit Court of Appeals Summary Order dated July 28, 2003, the plaintiff hereby requests leave to amend his complaint. The proposed Amended Complaint is attached hereto as Exhibit A.

RISCASSI & DAVIS, P.C.
ATTORNEYS-AT-LAW
131 OAK STREET
P. O. BOX 261557
HARTFORD, CT 06126-1557
(860) 522-1196
JURIS NO. 50361

THE PLAINTIFF,

BY _____
David W. Cooney
Federal Bar No: CT 04205
RisCassi & Davis, P.C.
131 Oak Street
Hartford, CT 06106
Phone: (860) 522-1196
Fax: (860) 246-5847
Attorney for the Plaintiff

### CERTIFICATION

This is to certify that a copy of the foregoing Motion for Leave to Amend Complaint has been mailed to all counsel of record this 18th day of November, 2003, to wit:

Theodore J. Tucci, Esq.
Michael J. Kolosky, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

_____
David W. Cooney

RISCASSI & DAVIS, P.C.
ATTORNEYS-AT-LAW
131 OAK STREET
P. O. BOX 261557
HARTFORD, CT 06126-1557
(860) 522-1196
JURIS NO. 50361