## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

W. WISTAR COMFORT                 :
      **Plaintiff**

      **v.**                        : **CIVIL NO.: 3:02cv97(DJS)**

**HEALTH NET OF THE NORTHEAST,**
**INC., ET AL**                      :
      **Defendants**

### ORDER

Motion for Leave to Amend Complaint (Doc. #29) is hereby **GRANTED.**    The

Clerk shall docket the attached Amended Complaint dated November 18, 2003.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __13th__ day of May, 2004.

                      /s/DJS
                      Dominic J. Squatrito
                      United States District Judge