UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

W. WISTAR COMFORT                             :
    **Plaintiff**

v.                                            :   CIVIL NO.: 3:02cv97(DJS)

HEALTH NET OF THE NORTHEAST,
INC., ET AL                                   :
    **Defendants**

## ORDER OF DISMISSAL

The case having been reported settled, the Court hereby orders, pursuant to Federal Rule of Civil Procedure 41(a)(2), that it be **dismissed without prejudice** to the plaintiff moving to reopen the case on or before **August 26, 2004**. If the plaintiff does not move to reopen the case on or before **August 26, 2004**, the dismissal of this action shall be **with prejudice**. This dismissal is without costs to either party. The Clerk is hereby directed to **close this case**.

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this __26th__ day of July, 2004.

    /s/DJS
    Dominic J. Squatrito
    United States District Judge