UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| W. WISTAR COMFORT,<br>Plaintiff,<br><br>v.<br><br>HEALTH NET OF THE NORTHEAST, INC.,<br>and HEALTH NET OF THE NORTHEAST,<br>INC., FORMERLY KNOWN AS<br>PHYSICIANS HEALTH SERVICES, INC.<br><br>Defendants. | CIVIL NO. 3:02CV97 (DJS)<br><br><br><br><br><br><br><br>AUGUST 2, 2004 |

## STIPULATION OF DISMISSAL

The parties hereby stipulate that the above-captioned matter may be dismissed, as the claim has been resolved by way of settlement. The dismissal would be without costs to either party.

PLAINTIFF,
W. WISTAR COMFORT

BY: _____
David W. Cooney (CT 05352)
RisCassi & Davis, P.C.
131 Oak Street
Hartford, CT 06106
(860) 522-1196

DEFENDANTS,

BY: _____
Theodore J. Tucci (CT 05249)
Michael J. Kolosky (CT 22686)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

RISCASSI & DAVIS, P.C.
ATTORNEYS-AT-LAW
131 OAK STREET
P. O. BOX 261557
HARTFORD, CT 06126-1557
(860) 522-1196
JURIS NO. 50361